# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. DISHMAN,<br><br>　　　　Defendant.<br>_____ / | CASE NO. 1:10-cv-02380-LJO-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CASE STATUS<br><br>(DOC. 40) |

　　　Plaintiff Brady K. Armstrong ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant S. Dishman for retaliation in violation of the First Amendment and deliberate indifference in violation of the Eighth Amendment. Pending before the Court is Plaintiff's motion requesting case status, filed March 22, 2012.

　　　The Court informs Plaintiff of the following. On March 26, 2012, Defendant S. Dishman signed and returned a waiver of service of process, and acknowledging receipt of the complaint. The Court docketed this waiver form on May 1, 2012. Doc. 41. Defendant was required to file a responsive pleading to Plaintiff's complaint by May 25, 2012. As of the date of this order, no responsive pleading has been filed. The Court has received no other filings.

　　　IT IS SO ORDERED.

　　Dated: 　June 22, 2012　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1