# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. DISHMAN,<br><br>　　　　Defendant. | Case No. 1:10-cv-02380-LJO-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COURT INTERVENTION FOR LACK OF JURISDICTION**<br><br>(ECF No. 58) |

Plaintiff Brady K. Armstrong ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.  On August 21, 2013, the Court granted Plaintiff's Motion for Default Judgment and entered judgment against Defendant S. Dishman in the amount of $2,500.00.  (ECF Nos. 55 & 56.)  On November 4, 2013, Plaintiff filed a motion for court intervention to provide Plaintiff with the court ordered settlement.  (ECF No. 58.)

"Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377, 114 S. Ct. 1673, 1675, 128 L. Ed. 2d 391 (1994).  It is to be presumed that a cause lies outside this limited jurisdiction. *Id.*   Here, the Court has entered judgment and no longer retains jurisdiction in this matter.  Accordingly, it is HEREBY ORDERED that Plaintiff's motion for court intervention is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

1

1
2      Dated:   **November 21, 2013**                    /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE
3
4
5
...
28