# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>  Plaintiff,<br><br>  v.<br><br>S. DISHMAN, et al.,<br><br>  Defendants. | Case No. 1:10-cv-02380-LJO-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR COURT INTERVENTION FOR LACK OF JURISDICTION**<br><br>(ECF Nos. 60, 61, 62) |

Plaintiff Brady K. Armstrong ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On August 21, 2013, the Court granted Plaintiff's Motion for Default Judgment and entered judgment against Defendant S. Dishman in the amount of $2,500.00. (ECF Nos. 55 & 56.) On November 4, 2013, Plaintiff filed a motion for court intervention to provide Plaintiff with the court ordered settlement. (ECF No. 58.) On November 21, 2013, the Court denied Plaintiff's motion for lack of jurisdiction. (ECF No. 59.) On January 21, 2014 and February 6, 2014, Plaintiff filed three additional motions for court intervention to provide Plaintiff with the court ordered settlement. (ECF Nos. 60, 61, 62.)

"Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377, 114 S. Ct. 1673, 1675, 128 L. Ed. 2d 391 (1994). It is to be presumed that a cause lies outside this limited jurisdiction. *Id.* Here, the Court has entered judgment and no longer retains jurisdiction in this matter.

///

1

1    Accordingly, it is HEREBY ORDERED that Plaintiff's three motions for court intervention
2 are DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   **August 13, 2014**                            /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE